Jeremy Bryson 1084207
H.D.S.P.
P.O. BOX 650
Indian Springs NV 89070
Plaintiff in PROSE

United States District Court
District of Nevada

| | |
|---|---|
| Jeremy Bryson<br>plaintiff | Case No #<br>2:20-CV-00089 JAD BNW |
| -vs-<br><br>Zuniga, et, al<br>Defendants | Motion for LEAVE TO FILE AN Amended Complaint |

Plaintiff Jeremy Bryson, pursuant to Rules 15(a) and 19(a), Fed. R. Civ. P.) requests leave to file an amended complaint by adding parties an a additional claim of Municipal Liability involving those parties.

1. In the Plaintiffs original claim, the complaint was without the claims against Las Vegas Metropolitan Police Department, Clark County Detention Center.

2. Since the filing of the complaint the plaintiff has

Page 1

determined that Las Vegas Metropolitan Police Department, and Clark County Detention Center are also responsible for deliberate indifference to the Plaintiffs safety.

Since the filing of the original Complaint the Plaintiff has also determined that Due to the Las Vegas Metropolitan Police Department and Clark County Detention Centers policy or customs which is constitutionally suspect on its face, CREATED a "substantial risk of serious harm" to the Plaintiffs safety and to which gave rise to violating the plaintiffs constitutional right.

3. This Court should grant leave freely to amend a complaint. Foman v. Davis, 371 U.S. 178, 182 (1962).

April, 4th, 2021

Respectfully submitted,
Jeremy Bryson #1084207
High Desert State Prison
P.O. BOX 650
Indian Springs, NV
89070

IT IS ORDERED that ECF No. 17 is GRANTED as unopposed under LR 7-2(d). The Clerk of Court is directed to detach and separately file ECF No. 17-1.

**IT IS SO ORDERED**

**DATED:** 1:04 pm, May 07, 2021

**BRENDA WEKSLER**
**UNITED STATES MAGISTRATE JUDGE**