1  JEREMY BRYSON #1084207
2  H.D.S.P.
3  P.O. BOX 650
4  Indian Springs, NV 89070
5
6          United States District Court
7              District of Nevada
8
9  | Jeremy Bryson          | Case No#
10 |     Plaintiff          |   2:20-CV-00089 JAD BNW
11 |                        |
12 | -vs-                   | Motion For An Order
13 | Zuniga, et al.         | Compelling Discovery
14 |     Defendants         |
15
16 Plaintiff's move this court for an order pursuant to
17 Rule 34(a) of the Federal Rules of Civil Procedure
18 compelling Defendants C/O Zuniga, Brian Williams,
19 James Dzurenda to produce for inspection and
20 copying the following documents [Listed in Exhibit
21 #1] that were sent to the Attorney Generals
22 office on 5/08/2021 - Document Number 21
23 of Bryson -vs- Zuniga will show Proof of Service,
24 and Court Minutes of Magistrate Acknowledging
25 the document Request's. Plaintiff submitted
26 written Requests Perrsuant to Rule 34 on 5/8/2021
27 but have NOT YET RECIEVED the documents
28
                    page 1

continued

1. Plaintiff also moves for an order pursuant to Rule
2. 37(a)(4) requiring the aforesaid Defendants to
3. pay Plaintiff the sum of $2,000 dollars: as
4. Reasonable expenses in obtaining this order, on
5. the ground that Defendants' Refusal to Answer the
6. document request, or produce the documents had
7. no substantial justification

9. Dated: 8/31/2021 And declared under penalty
10. of perjury signed _____ 1084207
11. JEREMY BRYSON
12. Plaintiff in Pro Se

14. H.D.S.P.
15. P.O. Box 650
16. Indian Springs NV 89070

### Order

IT IS ORDERED that ECF No. 26 is DENIED without prejudice. Plaintiff must meet and confer with Defendants under Local Rule IA 1-3(f) before filing a motion to compel. Additionally, a "party who files a motion to which the meet-and-confer requirement applies must submit a declaration stating all meet-and-confer efforts, including the time, place, manner, and participants. The movant must certify that, despite a sincere effort to resolve or narrow the dispute during the meet-and-confer conference, the parties were unable to resolve or narrow the dispute without court intervention." LR IA 1-3(f)(2). If Plaintiff meets and confers with Defendants and refiles his motion, he must also tell the Court, specifically, which discovery requests he is moving to compel responses to and why the Defendants' responses are improper.

IT IS SO ORDERED
DATED: 12:44 pm, September 03, 2021

BRENDA WEKSLER
UNITED STATES MAGISTRATE JUDGE

Page 2

**HDSP_LawLibrary - Activity in Case 2:20-cv-00089-JAD-BNW Bryson v. Zuniga et al Minute Order**

| | |
|---|---|
| **From:** | <cmecf@nvd.uscourts.gov> |
| **To:** | <cmecfhelpdesk@nvd.uscourts.gov> |
| **Date:** | 5/10/2021 2:59 PM |
| **Subject:** | Activity in Case 2:20-cv-00089-JAD-BNW Bryson v. Zuniga et al Minute Order |

This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.
**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.**

## United States District Court

### District of Nevada

## Notice of Electronic Filing

The following transaction was entered on 5/10/2021 at 2:58 PM PDT and filed on 5/10/2021
**Case Name:** Bryson v. Zuniga et al
**Case Number:** 2:20-cv-00089-JAD-BNW
**Filer:**
**Document Number:** 21

**Docket Text:**
**MINUTE ORDER IN CHAMBERS of the Honorable Magistrate Judge Brenda Weksler on 5/10/2021. Re: Discovery documents returned. (Attachments: # (1) Discovery Documents)(Copies have been distributed pursuant to the NEF - DRM)**

**2:20-cv-00089-JAD-BNW Notice has been electronically mailed to:**

Henry Kim    hkim@ag.nv.gov, cknight@ag.nv.gov, cmackerl@ag.nv.gov, mpizzariello@ag.nv.gov, sregalado@ag.nv.gov

HDSP Law Library    HDSP_LawLibrary@doc.nv.gov

**2:20-cv-00089-JAD-BNW Notice has been delivered by other means to:**

The following document(s) are associated with this transaction:

**Document description:** Main Document

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEVADA

JEREMY BRYSON

        Plaintiff,

v.

ZUNIGA, et al.

        Defendants.

Case No. 2:20-cv-00089-JAD-BNW

**MINUTES OF THE COURT**

Date: May 10, 2021

PRESENT: THE HONORABLE __BRENDA WEKSLER__, U.S. MAGISTRATE JUDGE

Deputy Clerk: __D.R. Morgan__    Reporter: NONE APPEARING

Counsel for Plaintiff: NONE APPEARING    Counsel for Defendant: NONE APPEARING

MINUTE ORDER IN CHAMBERS:

[X] **DISCOVERY DOCUMENTS:** Unless the court orders otherwise, written discovery, including discovery requests, discovery responses, deposition notices, and deposition transcripts, must not be filed with the court. Your documents are returned herewith. See Local Rule 26-8.

**IT IS SO ORDERED.**

DEBRA K. KEMPI, CLERK

By: _____/s/_____
       Deputy Clerk

Rev. 02/15/18

## Certificate of Service By Mailing

I, Jeremy Bryson, hereby certify, pursuant to NRCP 5(b), that on this day the 7th of May, 2021 I mailed a true and correct copy of the foregoing "Request of Documents" to the defendants Zuniga, Brian Williams, James Dzurenda ... To the Attorney Generals office by depositing it in the High Desert State Prison mail box, fully prepaid, addressed as follows

OFFICE of The Attorney General
ATTN: Henry H. Kim
555 E. Washington Ave., Ste. 3900
Las Vegas, NV 89101

cc. file

Dated: this 7th day of May, 2021

Jeremy Bryson # 1084207
plaintiff / in propria personam
Post office box 650 [HDSP]
Indian Springs, Nevada 89018

EXHIBIT #1

Page 1

Jeremy Bryson #1084207
H.D.S.P.
P.O. Box 650
Indian Springs, NV 89070

United States District Court
District of Nevada

| Jeremy Bryson | Case No # |
| Plaintiff | 2:20-cv-00089 JAD BNW |
| -vs- | |
| Zuniga, et al | * Document Request Directed |
| Defendants | to: Zuniga, Brian Williams, James Dzurenda |

In accordance with Fed.R.Civ.P. Rule 34, Plaintiff Requests defendant produce the documents Listed herein within 30 days, either by making copies and forwarding the same to plaintiff, or by making the requested documents available for Plaintiff's inspection, In accordance with Fed.R.Civ.P. Rule 26. Rule 26 Permits the discovery of Matters "Relevant to the subject matter involved in the pending action." It is not grounds for objection that the information sought will be inadmissable at the trial if the information sought appears reasonably calculated to Lead to the discovery of admissable evidence. For the purposes of discovery relevance is construed "Broadly to encompass any matter that bears upon, or that could bear upon

1

1. information which could Reasonably lead to other
2. matters that could bear on any issue that is or may be
3. in the case. Fund. Inc. v. Sanders 437 U.S. 340 @ 351 [1978]
4. Failure to timely object within (30) days of this Request
5. constitutes a waiver of objections. In accordance with
6. the Fed. R. EV. rule 404(b) evidence of other crimes, wrongs
7. or acts - - - - is admissable to prove motive, opportunity,
8. intent, preperation, Plan, knowledge, Identity, or
9. absence of Mistake. "Document" means written or graphic matter
10. of every kind or description. However produced, reproduced,
11. whether in draft, final, or reproduction, not limited to, but
12. including, written communications, Letter, correspondence, memorandums,
13. notes, Bulletins, Directive, meeting notes, Records of any kind,
14. photographs, Audio Recording, contracts, agreements, operating
15. procedures, Regulations, telephone records, meta-DATA, diaries,
16. desk calenders, NOTIS Records, Statements, Reports, computer
17. records, emails, statistical Abstracts, or any other hard copy
18. or electronic information. Failure to timely respond to this
19. Document request may subject you to Court sanctions which
20. may include monetary and other types of Adverse sanctions against
21. you PER Fed. R. Civ. P. Rule 37. Please Identify any and
22. ALL Documents Being withheld, for any reason, and explain
23. why this document is being withheld. Any term that is Ambigous,
24. then define the term for yourself, then answer the
25. question or request and include your defintion so ascribed.
26. THE Following Pages list, requested "documents" Relevant
27. to this pending Case "All requests include any and All forms.
28.

2

## Documents Requested Continued

of descriptive "document" matter listed in document description on page #2

"Documents"

1) Any and all information, knowledge, plan, document, file; that has any information about plaintiff being an inmate at (N.D.O.C.) Nevada Department of Corrections.

2) Any and All information, known about Plaintiffs injuries, health, safety, or incarcerated situations or investigative info of plaintiff; being that plaintiff is in a Penal Custody relation while in Custody at (NDOC.)

3) Any and All known info, documents, files, Identity, or recordings of (PC) protective Custody Inmates being placed in the very front row, of the transport vehicle, while being transported in the same vehicle with (GP) general population inmates sitting in all of the Rows behind the (PC) inmates" who were on the very front Row."

4) Any known information of (NDOC.) staff, or employee, of (NDOC.) or (HDSP) High Desert State Prison, who caused a dangerous situation to the safety of a (PC) inmate by deliberate indifference to the protective policies, and operating procedures put in place, and created to protect (PC) inmates due to their keep

Page 3

## Document Request Continued...

seperate needs; to remain safe from (GP) inmates, who will try to harm them.

5) Any known information of Any time in the History of (NDOC) that the U.S. Courts have sanctioned (NDOC) for violating the Rights of an individual in their care.

6) Any known information of Plaintiff being forced to transport with the defendent in question c/o Zuniga, after the High Desert State Prison, and (NDOC) were made aware of this pending action, and the Plaintiffs fear for his safety.

7) Any known documents, or information, of the plaintiffs cooperation with the (IG) inspector generals office concerning the murder/homocide of Ralph Goodman at (H.D.S.P) High Desert State Prison, or death of Ralph Goodman; And Any known REASON that Plaintiff came to be an (PC) inmate the day of his death. This includes all documents, files, of Plaintiff's cooperation with (IG) and therifore his (safety) being put in danger.

8) Any known EVEdence of Plaintiffs [safety] being in danger by any planned attack of (GP) gang members OR (GP) inmates, or affiliated prisoners seeking retaliation

Page 4

## Document Requested Continued

9] Any known information, document, of (PC) inmates being injured, or assaulted by policies, practices, or procedures [NOT] being correctly followed; or disregard for following proper procedures by (N.D.O.C.) staff, or employees of (N.D.O.C.)

10] Any or ALL known information, documents, records of (OP) operating procedures; And/or (AR) administrative regulations, That have changed in any way since [June-25th, 2019] due to descisions made to improve the previous (OP) or (AR), finding fault in (OP) or (AR), or procedural defficiencies. This includes, but not limited to: transferes of inmates to court, segregation, protective custody and. Any changes in policies, and practices of any procedure made to improve function after June, 25th, 2019.

Page 5

1 Jeremy Bryson 1084207
2 H.D.S.P.
3 P.O. BOX 650
4 Indian Springs, NV 89070
5
6        United States District Court
7           District of Nevada
8
9  | Jeremy Bryson         | Case No# 2:20-cv-00089 JAD BNW
10 |    Plaintiff          |
11 |                       | Motion Asking Leave for
12 | vs-                   | Extention of Discovery
13 | Zuniga, et al         | Deadline
14 |    Defendants         |
15
16 Plaintiff asks the Court to extend the October
17 deadline of the Discovery Order due to the
18 Plaintiff is being Released from Prison on November
19 15th/2021, Plaintiff is without Counsel, and will
20 need to refile with the Court's, and Plaintiff will
21 need to obtain further Medical Records, Vidios, and
22 documents that can be obtained once Released.
23
24 Dated: 8/31/2021
25        Under penalty of Purgery By: [signature] 1084207
26                                     Jeremy Bryson
27                                     Plaintiff in Pro se