AARON D. FORD
  Attorney General
HENRY H. KIM (Bar No. 14390)
  Deputy Attorney General
State of Nevada
Office of the Attorney General
555 E. Washington Ave., Ste. 3900
Las Vegas, Nevada 89101
(702) 486-3095 (phone)
(702) 486-3773 (fax)
Email: hkim@ag.nv.gov

*Attorneys for Defendants James Dzurenda,
Brian Williams, and Christopher Zuniga*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| JEREMY BRYSON,<br><br>  Plaintiff,<br><br>vs.<br><br>ZUNIGA, *et al.*,<br><br>  Defendants. | Case No. 2:20-cv-00089-JAD-BNW<br><br>**STIPULATION AND ORDER TO EXTEND DISCOVERY DEADLINES** |

Defendants, James Dzurenda, Brian Williams, and Christopher Zuniga (collectively, Defendants), by and through counsel, Aaron D. Ford, Attorney General for the State of Nevada, and Henry H. Kim, Deputy Attorney General, and Plaintiff Jeremy Bryson, appearing *pro se*, hereby stipulate and agree to extend the discovery deadlines as follows.

**I.   Discovery Completed**

Plaintiff served a set of requests for production of documents upon Defendants, to which Defendants responded.

**II.   Discovery that Remains to be Completed**

Plaintiff seeks to conduct a meet and confer with Defendants regarding Defendants' responses to Plaintiff's requests for production of documents and potentially

file a motion to compel discovery. Plaintiff further seeks to obtain documents from the Clark County Detention Center.

### III. The Reasons Why the Deadline was not Satisfied

Plaintiff is currently housed in protective segregation unit at High Desert State Prison. Due to the COVID restrictions in place as well as general lack of resources in protective segregation unit, Plaintiff has had difficulty conducting discovery. Plaintiff is scheduled to be released from prison on November 15, 2021. Plaintiff will be able to better conduct discovery once he is released from prison.

### IV. A Proposed Schedule for Completing all Remaining Discovery

**Discovery Cut-Off Date**: December 23, 2021

**Motions for Summary Judgment due**: January 24, 2022

DATED this September 21, 2021.                    DATED this September 21, 2021.

                                                   AARON D. FORD
                                                   Attorney General

By: /s/ Jeremy Bryson[1]                          By: /s/ Henry H. Kim
    Jeremy Bryson                                     Henry H. Kim (No. 14390)
    *Pro Se*                                          Deputy Attorney General
                                                      *Attorneys for Defendants James Dzurenda,*
                                                      *Brian Williams, and Christopher Zuniga*

### Order

**IT IS SO ORDERED**

**DATED:** 10:04 am, September 22, 2021

**BRENDA WEKSLER**
**UNITED STATES MAGISTRATE JUDGE**

---

[1] Plaintiff Jeremy Bryson and the defense counsel participated in a teleconference on September 21, 2021. Mr. Bryson agreed to the extension of discovery deadlines as set forth in this stipulation and authorized the defense counsel to include an electronic signature on his behalf.