**Order**

IT IS ORDERED that ECF No. 30 is DENIED as moot. Yesterday, the Court granted the parties' stipulation to extend discovery until after Plaintiff is released from prison.

IT IS SO ORDERED

DATED: 10:10 am, September 24, 2021

BRENDA WEKSLER
UNITED STATES MAGISTRATE JUDGE

Jeremy Bryson 1084207
H.D.S.P.
P.O. Box 650
Indian Springs, NV 89070

United States District Court
District of Nevada

| | |
|---|---|
| Jeremy Bryson<br>Plaintiff<br><br>vs-<br>Zuniga, et al<br>Defendants | Case No# 2:20-cv-00089 JAD BNW<br><br>Motion Asking Leave for Extention of Discovery Dead Line |

Plaintiff asks the Court to extend the October deadline of the Discovery Order due to the Plaintiff is being released from Prison on November 15th/2021, Plaintiff is without Counsel, and will need to refile with the Court's, and Plaintiff will need to obtain further Medical Records, Vidios, and documents that can be obtained once Released.

Dated: 9/31/2021
Under penalty of Purgery By: 1084207
Jeremy Bryson
Plaintiff in Pro se

Page 1