Jeremy Bryson 1084207
H.D.S.P.   P.O. Box 650
Indian Springs   NV   89070

RECEIVED
SERVED ON
COUNSEL/PARTIES OF RECORD

FEB 24 2022

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: _____ DEPUTY

Civil Case # 2:20-CV-00089 JAD BNW

United States Clerk of Courts
333 Las Vegas Blvd
Las Vegas NV

RE: Copies of all documents in Case file

Dear Clerk of Courts, My intent of filing this Request of transcripts is to get a copy of all the documents in this case — I am not entirely positive that this motion was the correct one — As High Desert State Prison has blocked and refused to let any Protective Custody inmate go to the Law Library in over a year — so only (PC) inmates cannot look up their case — or find the correct citings, to be able to request the correct documents, only (GP) inmates have access — We can only guess by mail... They obviously are doing this purposely. So please consider my request thank you

2/19/2022
1084207

Jeremy Bryson
Plaintiff in (pro se)

Jeremy Bryson
H.D.S.P
P.O. Box 650
Indian Springs NV 89070
Plaintiff in pro se

CASE NO. 2:20-CV 00089 JADBNW

DEPT. NO. _____

United States District Court
District of Nevada

Civil case # 2:20-CV-00089 JADBNW

Jeremy Bryson, Plaintiff
vs.
Zuniga, et.al, defendants.

**MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF REQUEST FOR TRANSCRIPTS AT STATE EXPENSE**

The Plaintiff respectfully request that this Court order the production of the transcripts, papers, pleadings, and any other documents with regard to the above-entitled case. That these documents are to be furnished to the petitioner at State Expense, due to his proverty.

That only with proper review of those documents of the above-entitled case will the petitioner be able to adequately prepare a post-conviction petition, or a disrec appeal, that would allege all issues and grounds for relief that he is seeking. PETERSON vs. WARDEN, 87 Nev. 134, 483 P.2d 204 (1971), holds that:

> " . . . does not contemplate that a record will be furnished at State Expense upon mere unsupported request of a petitioner who is unable to pay for them. . . so must he satisfy the

points raise merit and such merit will be supported by review of the record..."

Moreover, the Plaintiff would be prejudiced absent the Court's granting of within the motion. The plaintiff would not have the means nessesary to review his entire Complaint and prepare for trial. Plaintiff requests a copy of all documents in his civil Complaint, this would allow the plaintiff to allege all available issues

Wherefore, Jeremy Bryson, Plaintiff prays that this court enter an order directing the Court Clerk to prepare and send the plaintiff a copy of all documents in civil case 2:20-cv-00089 JAD BNW

Dated this 16 day of February, 2022

1084207

Jeremy Bryson
(Plaintiff in pro se)

## ORDER

IT IS ORDERED that Plaintiff's request for all documents filed in this case (ECF No. 43) is DENIED. IT IS FURTHER ORDERED that the Clerk of Court shall kindly send Plaintiff a copy of the docket sheet in this case. Plaintiff may request specific documents that he needs.

**IT IS SO ORDERED**

**DATED:** 2:51 pm, February 27, 2022

**BRENDA WEKSLER**
**UNITED STATES MAGISTRATE JUDGE**



Jeremy Bryson 1084601
H.D.S.P.
P.O. Box 650
Indian Springs, NV 89070

United States Clerk of Courts
333 Las Vegas Blvd
Las Vegas, NV. 89101

89101-706534

LAS VEGAS NV 890
22 FEB 2022 PM 3 L

ENTERED
COUNSEL/PARTIES OF RECORD
FEB 24 2022
CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY:                              DEPUTY